**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

Christopher J. Dalton
(973) 424-5614
christopher.dalton@bipc.com

550 BROAD STREET, SUITE 810
NEWARK, NEW JERSEY 07102-4582

Telephone: (973) 273-9800
Facsimile:  (973) 273-9430

www.bipc.com

August 12, 2009

**VIA ECF**
Hon. Patty Shwartz, U.S.M.J.
United States District Court
for the District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re:    Marcus v. BMW of North America, LLC et al
            Civil Action No. 08-5859 (KSH/PS)
            *Order on Informal Application Regarding Unresolved Discovery Disputes*

Dear Judge Shwartz:

      This firm represents defendant BMW of North America, LLC ("BMW NA") in the above-noted action. We write regarding the Court's Order on Informal Application Regarding Unresolved Discovery Disputes (Docket Entry 66). The Order recites that it was made on August 5, 2009, it appears to have been filed on August 7, 2009, but the CM/ECF notice indicates the "transaction" was entered, and the Notice of Electronic Filing (attached) was issued, on August 11, 2009. Consequently, as discussed this morning with Your Honor's law clerk, we write to address the appropriate time for filing for reconsideration under Local Civil Rule 7.1(i) or to appeal the Order under Local Civil Rule 72.1(c)(1).

      The Local Civil Rules require an application to be filed within 10 days of entry of the order (L. Civ. R. 7.1(i)) or within 10 days after service of the order (L. Civ. R. 72.1(c)). Paragraph 9 of Standing Order 05-1 (Electronic Case Filing) deems transmission of the Notice of Electronic Filing the equivalent of notice under Fed. R. Civ. P. 77(d), which commences the running of any time period in accordance with Fed. R. Civ. P. 6(a). Under Fed. R. Civ. P. 6(a)(2), where any time period in the Federal Rules or Local Rules is less than 11 days, weekends and holidays are not counted. Additionally, pursuant to Paragraph 7 of Standing Order 05-1, service by Notice of Electronic Filing shall be treated in accordance with Fed. R. Civ. P. 6(e) [now Rule 6(d)], which provides for an additional 3 days at the end of the period.

      By our calculations, and after reference to all the above cited rules, the period ends on August 28, 2009.

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC
INCORPORATED IN PENNSYLVANIA :: ROSEMARY J. BRUNO, NEWARK, NEW JERSEY OFFICE MANAGING SHAREHOLDER

Hon. Patty Shwartz, U.S.M.J.
August 12, 2009
Page 2

    We ask that the Court advise us if it believes our calculation is incorrect, as summer vacation schedules preclude us from consulting with our client and reaching a decision much sooner than August 28, 2009, in which case we would need to seek an extension of time.

    Thank you for your courtesies.

                          Respectfully,

                          *s/Christopher J. Dalton*

                          Christopher J. Dalton

CJD/dtb
cc:    All Counsel of Record (via ECF & email)

**Dalton, Christopher**

---

**From:** njdefiling@njd.uscourts.gov
**Sent:** Tuesday, August 11, 2009 1:50 PM
**To:** ecfhelp@njd.uscourts.gov
**Subject:** Activity in Case 2:08-cv-05859-KSH-PS MARCUS v. BMW OF NORTH AMERICA, LLC et al Order on Oral Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 8/11/2009 at 1:50 PM EDT and filed on 8/7/2009
**Case Name:** MARCUS v. BMW OF NORTH AMERICA, LLC et al
**Case Number:** 2:08-cv-5859
**Filer:**
**Document Number:** 66

**Docket Text:**
**ORDER on informal application regarding production of documents. Signed by Magistrate Judge Patty Shwartz on 08/05/2009. (nr, )**

**2:08-cv-5859 Notice has been electronically mailed to:**

ALAN E. SASH    asash@mclaughlinstern.com

AVIVA Y. WEIN    awein@herrick.com, courtnotices@herrick.com

CHRISTOPHER J. DALTON    christopher.dalton@bipc.com

DAVID R. KING    dking@herrick.com, courtnotices@herrick.com, ddudley@herrick.com, sdwyer@herrick.com

JENNIFER LYNN DEL MEDICO    jdelmedico@jonesday.com, dpjacobson@jonesday.com

PETER MICHAEL AVERY    peter.avery@bipc.com

RONALD J. LEVINE    rlevine@herrick.com, courtnotices@herrick.com

ROSEMARY JOAN BRUNO    rosemary.bruno@bipc.com

**2:08-cv-5859 Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

8/12/2009

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/11/2009] [FileNumber=3601827-0
] [3c81efb017ae251fe2b77ece7f75018e1fa204aeae2a19796c3dfed30a35f3f5284
cb2a81b66394e937f8b4d24a14122a0d585f077b3863b2fbbb1291bf49051]]

8/12/2009