UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **JEFFREY MARCUS,** | : | |
| Plaintiff, | : | Civil Action No. 08-5859 (KSH) (PS) |
| v. | : | |
| **BMW OF NORTH AMERICA, LLC,** et al., | : | ORDER |
| Defendants. | : | |

This matter having come before the Court by way of motion of plaintiff to seal certain information submitted in connection with the motion for class certification;

and the Court having issued an Order dated June 11, 2010, that set forth the requirements for the motion;

and the motion failing to comply with the requirements;

IT IS THEREFORE ON THIS 15th day of June, 2010

ORDERED that plaintiff's motion to seal [Docket No. 154] is terminated; and

IT IS FURTHER ORDERED that all motions to seal shall comply with the requirements set forth in the Order dated June 11, 2010.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**